**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| CHERRYPICK CAPITAL, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BBT THREE, LLC; SPIRE REAL )<br>ESTATE, LLC; SPIRE PROPERTY )<br>MANAGEMENT, LLC; BRAD )<br>LOWE; LAURAL VILLAGE )<br>APARTMENTS, LLC, a/k/a LAUREL )<br>VILLAGE APARTMENTS, LLC; )<br>UNIVERSITY PARK PLACE, LLC; )<br>MATTHEW DEBOTH; and CBRE )<br>GROUP, INC., )<br>)<br>Defendants. ) | **Case No. 4:24-cv-00111-RGE-WPK**<br><br><br><br><br>**PLAINTIFF'S BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE** |

**INTRODUCTION**

On May 6, 2024, the Court issued an order for the Plaintiff, Cherrypick Capital, LLC (hereinafter "Cherrypick"), to show cause why the parties in this action are diverse for purposes of jurisdiction under 28 U.S.C. § 1332(a). Specifically, the Court has requested additional information to prove Iowa citizenship of Defendants Brad Lowe (hereinafter "Lowe") and Matthew DeBoth (hereinafter "DeBoth"), as the Complaint alleged only that those Defendants are individuals residing in Polk County, Iowa, and Monroe County, Iowa, respectively. Based on the information presented below and in the accompanying exhibits, Cherrypick respectfully requests the Court determine that diversity jurisdiction exists in this case, and for the Court to deem the Complaint amended at Paragraph 5 to state Lowe is a citizen of the state of Iowa and amended at Paragraph 9 to state DeBoth is a citizen of the state of Iowa.

## FACTS

a. <u>Lowe</u>

Lowe is registered to vote in Iowa (Ex. 1).  His Johnston Public Library polling place is based on his current residential address in Johnston, Iowa (Ex. 1; Ex. 2, pg. 1).  Lowe's Social Security Number was issued in Iowa (Ex. 2, pg. 1).  A review of real estate records reveals only ownership of real estate in Iowa, specifically in the Des Moines metro area (Ex. 2, pg. 2-6, 18-24).  All phone numbers associated with Lowe are within Iowa's 515 area code (Ex. 2, pg. 7).  What appears to be his current and/or previous business affiliations are located exclusively in the Des Moines metro area (Ex. 2, pg. 11-13).  Lowe currently owns four vehicles that are registered in Iowa, with no vehicles currently registered in his name in any other state (Ex. 2, pg. 14-17).  Finally, Lowe has stipulated that he is a citizen of Iowa and no other state (Ex. 3).

b. <u>DeBoth</u>

DeBoth is registered to vote in Iowa (Ex. 4).  His polling places in Carroll, Iowa are based on his current residential address in Carroll (Ex. 4; Ex. 5, pg. 1).  DeBoth's Social Security Number was issued in Iowa (Ex. 5, pg. 1).  A review of real estate records reveals only ownership of real estate in Iowa, with the apparent exception of a period from 2005 to 2011 in which DeBoth owned property in North Carolina (Ex. 5, pg. 2-8, 10-13, 31-36).  He currently pays property taxes on two residential properties in Carroll, Iowa; one appears to be a rental property while the other is DeBoth's actual primary residence (Ex. 5, pg. 18-26).

All phone numbers associated with DeBoth except one are within Iowa's 712, 641, and 319 area codes (Ex. 5, pg. 9).  He has held a real estate license in Iowa within the past ten years and after his last out-of-state property ownership (Ex. 5, pg. 15).  Out of 32 of DeBoth's apparent current and/or previous business affiliations with listed addresses, 30 are in Iowa and two in

North Carolina (Ex. 5, pg. 15-17).  He currently owns four vehicles that are registered in Iowa, with no vehicles currently registered in his name in any other state (Ex. 5, pg. 27-30).

## LAW

Citizenship requires permanence.  *Reece v. Bank of N.Y. Mellon*, 760 F.3d 771, 778 (8th Cir. 2014).  The Fourteen Amendment establishes that U.S. citizens are "citizens … of *the* State wherein they *reside*."  *Id*. (quoting U.S. Const. amend. XIV, § 1 with emphasis added).  One may reside in, and thus be a citizen of, only one state.  *Id*.  By contrast, one may be a resident of multiple states in addition to the state of citizenship.  *Id*.

The Court in *Reece* also explored definitions from a number of dictionaries, ultimately parsing out differences between a "resident" and a "citizen".  *Id*.  In associating the verb "reside" with "citizen" and its connotation of permanence, the Court quoted Merriam-Webster's Collegiate Dictionary's definition of "reside" as "to dwell permanently or continuously: occupy a place as one's legal domicile".  *Id*.  "Domicile" is defined in Black's Law Dictionary (also cited by the Court) as "[t]he place at which a person has been physically present and that the person regards as home; a person's true, fixed, principal, and permanent home, to which that person intends to return and remain even though currently residing elsewhere."  *Domicile*, BLACK'S LAW DICTIONARY (3d pocket ed. 2006).

## PROOF

Because a person can only reside in and be a citizen of one state, it is important to look at the totality of evidence that indicates where that person intends to make his or her "true, fixed, principal, and permanent" home.  The facts presented herein prove that both individual Defendants in question are citizens of Iowa.

a. <u>Lowe</u>

As a registered voter of the state, Lowe has selected Iowa to the exclusion of other states for participation in the democratic electoral process.  This decision is consistent with the facts that he was apparently born in the state (based on where his Social Security Number was issued), has only ever owned property in Iowa, conducts business near his home in the Des Moines metro area, and registers his vehicles in the state.  In summation, Iowa is clearly Lowe's one and only domicile, and he avails himself of the rights and privileges of citizenship within the state of Iowa, to include voting, titling his motor vehicles, earning a living, and making his permanent home in the state.  Finally, Lowe has stipulated that, at all relevant times in this action, he has been a citizen of Iowa and of no other state.

    b. <u>DeBoth</u>

As with Lowe, DeBoth is registered to vote in Iowa, to the exclusion of registration in other states.  He currently owns and has paid property taxes on two residences in Carroll, Iowa, one of which is "owner occupied" and clearly his primary residence.  Of note, Cherrypick's Complaint alleged that DeBoth resides in Monroe County, Iowa (where Albia is located).  DeBoth's Answer denied this fact, but affirmatively stated that DeBoth resides in Carroll County, Iowa, which is consistent with the evidence presented herein and, if anything, affirms DeBoth's Iowa citizenship.

While DeBoth appears to have spent time as a resident of North Carolina, this was over ten years ago. Based on the addresses with which he was affiliated from 2005 to 2011, this was likely in conjunction with military service; such addresses (including "Base Housing") imply Marine Corps Air Station New River, located in Jacksonville, North Carolina.  Regardless, DeBoth returned to his home state of Iowa and resumed permanent residence in Iowa, as shown by his subsequent real estate license, business affiliations, and current vehicle registrations.  In

summation, Iowa is clearly DeBoth's one and only domicile, and he avails himself of the rights and privileges of citizenship within the state of Iowa, to include voting, titling his motor vehicles, earning a living, and making his permanent home in the state.

## CONCLUSION

In light of the foregoing, Cherrypick has shown cause as to why the parties are diverse in this action. Accordingly, Cherrypick respectfully requests the Court determine that diversity jurisdiction exists in this case, and for the Court to deem Cherrypick's Complaint amended at Paragraph 5 to state that Lowe is a citizen of the state of Iowa, and amended at paragraph 9 to state that DeBoth is a citizen of the state of Iowa.

CHERRYPICK CAPITAL, LLC, Plaintiff

By: /s/ *Alexander Dehner*
Alexander Dehner, #AT0010637
Anne-Marie O'Brien (Pro Hac Vice)
Smith Pauley LLP
3555 Farnam Street, Suite 1000
Omaha, Nebraska 68131
adehner@smithpauley.com
aobrien@smithpauley.com
Telephone: (402) 392-0101
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Alexander Dehner*
Alexander Dehner