**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| CHERRYPICK CAPITAL, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BBT THREE, LLC; SPIRE REAL ESTATE, LLC; SPIRE PROPERTY MANAGEMENT, LLC; BRAD LOWE; LAURAL VILLAGE APARTMENTS, LLC, a/k/a LAUREL VILLAGE APARTMENTS LLC; UNIVERSITY PARK PLACE, LLC; MATTHEW DEBOTH; and CBRE GROUP, INC., <br><br> *Defendants*. | No. 4:24-cv-00111-RGE-WPK <br><br> **CBRE'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR SUBMISSION OF PROPOSED RULE 16(B) SCHEDULING ORDER AND RULE 26(F) DISCOVERY PLAN PENDING THE COURT'S RULING ON CBRE'S MOTION TO DISMISS** |

Defendant CBRE, Inc., improperly named as CBRE Group, Inc. ("CBRE"), hereby files this Second Unopposed Motion to Extend the Deadline for Submission of a Proposed Scheduling Order and Discovery Plan, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(j), and states in support thereof:

1.      On March 25, 2024, Plaintiff Cherrypick Capital, LLC ("Cherrypick") filed this lawsuit.

2.      The original deadline for the parties to submit a proposed Rule 16(b) scheduling order and Rule 26(f) discovery plan was June 24, 2024.

3.      On June 21, 2024, Cherrypick filed an Unopposed Motion to Extend the Deadline for Submission of a Proposed Scheduling Order and Discovery Plan. (ECF No. 35.)

4.      On June 26, 2024, this Court granted Cherrypick's Motion, extending the deadline to submit the proposed scheduling order and discovery plan to July 24, 2024. (ECF No. 36.)

5.      CBRE's Motion to Dismiss, seeking dismissal of Cherrypick's sole claim against CBRE for failure to state a claim, is currently pending before this Court and awaiting a ruling. (ECF No. 30.)

6.      As expressed in the prior First Unopposed Motion to Extend the Deadline for Submission of a Proposed Scheduling Order and Discovery Plan, the ruling on the Motion to Dismiss will determine whether CBRE remains a party to this lawsuit beyond the pleadings stage and therefore subject to this case's scheduling order and discovery plan.  The Court's ruling on CBRE's pending Motion to Dismiss will determine whether CBRE engages in discovery at all.

7.      CBRE's counsel has conferred with counsel for all parties, who do not oppose extending the deadline for submission of a proposed scheduling order and discovery plan until fourteen (14) days after this Court rules on CBRE's pending Motion to Dismiss.

8.      This is the second request by any party to extend the deadline to submit a proposed scheduling order and discovery plan.

9.      No trial date or final pretrial conference date has been set by the Court, and no other court-imposed deadlines currently exist in this case.

10.     The parties have not yet held a Rule 26 conference to discuss the proposed scheduling order and discovery plan, although a draft scheduling order and discovery plan has been circulated.

11.     Such extension is in the interests of justice and will not prejudice any party.

WHEREFORE, CBRE respectfully requests that the parties' deadline for submitting a proposed Rule 16(b) scheduling order and Rule 26(f) discovery plan be extended until fourteen (14) days after this Court rules on CBRE's Motion to Dismiss.

Dated: July 17, 2024                    FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Lance W. Lange*
Lance W. Lange (Lead Counsel)
Jesse Linebaugh
Rachel A. Yaggi
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
*lance.lange@faegredrinker.com*
*jesse.linebaugh@faegredrinker.com*
*rachel.yaggi@faegredrinker.com*

*Attorneys for Defendant CBRE, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby serving a copy on all counsel of record.

*/s/Paulette Ohnemus*